United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MARIA LARA-GOMEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-05676** |
| § | |
| **KRISTI LYNN NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |
| § | |

# ORDER

Before the Court is Petitioner Maria Lara-Gomez's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, for Summary Judgment (ECF No. 5). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436 (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, for Summary Judgment (ECF No. 5).

1 / 2

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven days, that is, by December 19, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing by December 22, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 12th day of December 1, 2025.

                                          Keith P. Ellison
                                          United States District Judge